IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLDON WINTON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC, et al. | : | NO. 18-5587 |

ORDER

AND NOW, this 26th day of August, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of defendant OneMain Financial Group, LLC ("OneMain") to compel arbitration and to stay proceedings (Doc. # 75) is GRANTED. All claims against OneMain in this action are stayed pending further order of this court.

(2) The cross-motion of plaintiff to require OneMain to initiate arbitration and to bear all costs of arbitration (Doc. # 78) is DENIED without prejudice to the extent that it concerns the payment of the $200 filing fee charged by the American Arbitration Association. The motion is otherwise DENIED with prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.