IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLDON WINTON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC, et al. | : | NO. 18-5587 |

ORDER

AND NOW, this 26th day of August, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to require First Premier Bank to initiate arbitration and to bear all costs of arbitration (Doc. # 63) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                J.